**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie David BROWN, Defendant–**
**Appellant.**

No. 03–6176.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Willie David Brown, Appellant Pro Se. Robert James Conrad, Jr., United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MICHAEL and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie David Brown appeals the district court's order denying his "motion to modify term of imprisonment" pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Brown,* No. CR–93–264–V (W.D.N.C. Dec. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*